# VICTIM IMPACT STATEMENT

RECEIVED
U.S. ATTORNEY'S OFFICE
ST. LOUIS, MISSOURI
2024 OCT 28 AM 10: 52
Nov 1st

Victim: M▆▆ W▆▆▆▆
USAO Number: 2022R01240
Court Docket Number: 23-CR-00624

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

7/1/21 → I had a check stolen out of Blue post office box in University City for $850⁰⁰ for a credit card payment to my credit union ALLTRU in Hazelwood, MO. Didn't know it was stolen but as I am on fixed income I keep close tabs on cancelled checks. I drove there and got a stop check done and paid the $850⁰⁰ at that time. Thinking it was a fluke, I drove to the credit union every month "in person" to pay on their credit card. But because of icy roads I mailed Alltru's payment. But stolen – was for $500⁰⁰ 1/03/22. Very alarmed. Again went in person to stop check, etc.

However on 3/20/22 I had 2 Utility payment checks stolen. Spire gas company $81.11 & Verizon $91.52. Rushed to repay both bills as to not incur late fees. Again got stop checks in place & charged $26 to do that.

To this day I will never use a blue box to mail my letters & bills. Since I am on a fixed income I don't have magic money to keep paying bills twice. I am lucky no money was taken out of the accounts.

So now I spend money on extra car gas to drive every credit card payment to credit union. Like 10 miles.

I am sickened by crimes of people who refuse to work hard like we all had to. Seems others doing these crimes seem to get 11 months in jail. Does NOT seem enough for a "Federal" crime. There is no fear or shame I guess. Too bad some of these

offenders can't also get sentenced to 1-2yrs learning in a trade school. Plummer, electrical welder — of a "judges" choosing besides jail & fines. After 2yrs maybe they could continue the trade and be done with foolish stuff. We need the workers. Maybe these offenders do too. They just don't know how to get there.

If they skip a class or learning session — back in jail. Just food for thought.

Please allow these people to lose their time and money just like we did and still do now.

Thank you!

— M▮ W▮▮▮▮

So my $1522.63 is still in jeapordy. Plus out gas & $26.00 fee from my bank. Constant worry it may happen again or stolen checks will sneak into the system for more money. I had 12yrs of Catholic school when young. You don't steal. Maybe Catholic education even at their age couldn't hurt these arrested people.