# VICTIM IMPACT STATEMENT

MO1-800-06-14
OCT-0 8 2024

Victim: Security Recovery Support
Bank of America
USAO Number: 2022R01240
Court Docket Number: 23-CR-00624

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

Deposited stolen item into acct ending #3321, item returned after funds removed.

Acct charged off leaving Bank of America at a loss of $9,663.60