# VICTIM IMPACT STATEMENT

Victim: T███ R███
USAO Number: 2022R01240
Court Docket Number: 23-CR-00624

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

This crime destroyed my safety & security. I was unable to access my financial accounts. I am disable. I suffer with mobility problems. I had to travel to my bank to try to straighten (correct) my financial records which caused a hardship. J███ R███  10-5-24