**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| | ) Cause No. 4:23-CR-00624-SEP |
| v. | ) |
| **TERRON BROWN,** | ) |
| **Defendant.** | ) |

## DOCUMENTATION FILE

Comes now Defendant, by and through counsel, and hereby files the below-referenced material with the Court as an aid in determining an appropriate sentencing disposition in the above-referenced matter.

1. Character Letter and Family Photographs from Terron's mother, Rosa Johnson.

2. Character Letter from Terron's sister, Briana Carey.

3. Character Letter from Terron's sister, Shawnee Palmer.

4. Character Letter from Terron's sister, Crishana Scott.

5. Character Letter from Terron's niece, M. H.

6. Character Letter from Terron's close friend, Tressa Willingham.

7. Character Letter from Terron's close friend, DeMarcus Bond Jr.

8. Character Letter from Terron's godfather, Hillis Willis.

9. Character Letter from Terron's family friend, Jason Randle.

Respectfully submitted,

RADEFELD LAW GROUP, LLC.

By: */s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD (MO Bar #52288)
Appointed Counsel for Defendant
7711 Bonhomme Ave., Suite 710
Clayton, Missouri 63105
Telephone: (314) 341-0374
E-mail: matthew@radlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Mr. Jonathan Clow
Asst. United States Attorney

*/s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD