Ms. Rosa M. Johnson
4715 Anderson Avenue
St. Louis, MO 63115

October 24, 2025

Dear Judge Pitlyk,

My name is Rosa Johnson, and I am a concerned Mother writing this letter on behalf of my beloved Son and youngest child, Terron Thomas Brown.

I am keenly aware and constantly thinking about the charges to which Terron has pleaded guilty and the time he is facing as a result. Of course, as a parent who poured every ounce of love and dignity she had within herself into raising her children to be proud, positive, and productive citizens, I am grieved and devastated by the situation my Son finds himself in. However, I know without a doubt that this regrettable, yet serious situation is not reflective of who Terron is at his core, or who he is striving to be in the world.

Terron has always been an intelligent, outgoing, happy, honest, peaceful, respectful, and caring person who has never hesitated to help anyone in need, even the neighborhood panhandler who has fallen on hard times. As an early, avid reader, he excelled in school and was always willing to assist students who were having challenges or struggling with their studies. He was involved in numerous extracurricular activities and had meaningful and enriching relationships with his classmates, friends, and teachers. I was so proud of him when he showed initiative and signs of independence by getting his first job as a grocery store bagger at the age of 15, and shortly thereafter when he started a tennis shoe customizing service which won him first prize in a school version of Shark Tank.

Like most young men, Terron had the usual challenges of evolving from an adolescent into a teenager, especially with the sudden loss of his Father from health-related issues, which left him without his most important and impactful role model. But, although completely devastated, he persevered and made it through with the help of grief counseling, family support, and unwavering courage.

As we all know, no home is perfect, but Terron comes from a decent, hardworking family with strong individual and community values and ties. Therefore, it's been extremely difficult for all of us who know and love him to understand what led to this most unlikely and highly unexpected set of circumstances, which has not only affected his family but also those who were subjected to, and hurt by, his actions (for which he is deeply saddened). In our family we hold the belief that each of us carry a light that is essential to the collective light of the family, and since Terron has been locked-up his light has been missing and our collective light dimmed.

I've spent time speaking with my Son at length since he's been incarcerated, and I assure you that he is genuinely remorseful for his actions and determined to atone for his past behavior, if given a second chance. He understands the position he has put himself in, the impact it has had on others, and the long-lasting repercussions it will have on his life.

As Terron Brown's Mom, my earnest and humble request, is that the Court have grace and mercy on my Son, show leniency towards him during his sentencing process, allow him to prove that he is just a young man who had a poor lapse in judgment, but is extremely sorry for his actions, and most importantly, grant him the honor and opportunity to start over and make good on his desire to be a valuable asset to his family, community, and himself. Thank you in advance for taking this request into consideration.

Respectfully submitted,

Rosa M. Johnson

Terron's Mother




