Dear Judge Pitlyk,

My name is Briana Carey, and I am Terron Brown's oldest sister. My brother means the world to me. He has brought so much joy into my life and into our family ever since he was born. My mother surprised us on Thanksgiving day, 24 years ago, that we were having a new addition to the family and I've been thankful for my baby brother since I first laid eyes on him.

My brother is such a smart, funny, creative, ambitious, and talented kid. What I love most about him is that he loves my daughter so dearly, just like I love him. He is the best uncle ever!! My daughter, M████, loves spending quality time with her uncle because he is so supportive and patient with her.

Terron has achieved a lot of great things in his life. He's had an excellent educational background since youth, and he has a very kind and generous personality. Terron also comes from a strong loving family background. Even when we as a family have gone through hard times, we have always stuck together, and Terron was always the voice of reason.

Terron is my one and only brother and no one could ever replace him in my life. I have nothing but the best memories of me, Terron, and my sister growing up. My mother always taught us how to stick together, and I will always be there for my siblings, especially my brother.

Life always brings about challenges, but it's even harder when you don't have the people you love the most by your side. As a big sister I just want the best for my brother and know that he regrets what has happened. I pray that the family and Terron can start over and learn from our lessons and blessings in life.

Thank you for the opportunity to write this letter on behalf of my brother.

Sincerely,

Briana Carey