October 31, 2025

Re: Character Reference Letter for Terron Brown

Dear Judge Pitlyk,

My name is Shawnee Palmer, and I am one of Terron Brown's older sisters, we're 27 years apart. I'm a Medical Assistant, and I am writing this letter in support of my brother, Terron, as he faces sentencing. We share the same father, the late Tommie Lee Brown, and I have known his mother, Rosa Johnson, for about twenty-five years—in fact, I knew Rosa before Terron was even born. Having known Rosa she was very kind and loving. Terron is her baby boy, and that showed. I've seen firsthand the love and care that surrounded him from the beginning, and I've known Terron his entire life, both as his big sister and as someone who has always cared deeply about his well-being and character. The death of our father was devastating for him and I believe he's still grieving.

Growing up, Terron was a quiet, observant, and very intelligent child. He was somewhat of a loner, choosing to keep to himself or spend time with close family rather than large groups of friends. He was homeschooled for a period of time by his dad and after our father's passing, he transitioned into public school, where he excelled academically. His teachers often noted how smart he was—sometimes even to the point where he'd tell them he was bored or correct them when something didn't seem right. Terron was never a problem child; if anything, he was "a problem" only because he didn't do much outside of his comfort zone and that he knew more than the other kids academically. He simply preferred to do things his way, and on his own time.

Terron has always had a love for learning, music, and creativity. He is very talented at photography and has a strong sense of style and fashion. I remember asking him if he wanted to go to college, and he told me that school wasn't necessarily in his plan because his heart was set on becoming a photographer and pursuing his passion for music. These were things that made him light up—topics we talked about many times.

Despite his quiet nature, Terron deeply values family. He loves his nieces and nephews, even though many of them are older than he is, and he always maintained communication with aunts and uncles who were closer to his age. Though he didn't always show it outwardly, those who know him can feel how much he cares. Family has always been important to him, and he's been surrounded by people who love him unconditionally.

When I learned about the charges against my brother, I was deeply shocked and heartbroken. This situation feels entirely out of character for him. I want to be clear that I do not condone or excuse any wrongdoing—wrong is wrong—but I truly believe that these circumstances do not reflect the young man I know. Terron has never been in

trouble before—not in school, not with the law, and not in any way that would suggest this kind of behavior. Growing up, he was respectful, gentle, quiet, and very self-contained. I can only imagine how the loss of our father at a young age may have impacted him emotionally, but even then, he never turned to trouble or caused harm to others.

Your Honor, I ask that you please consider leniency in your judgment. I sincerely believe that Terron has the potential to continue growing, learning, and rebuilding his life. He has a supportive family behind him—people who love him and will help guide him in the right direction. If allowed the opportunity, I believe he will use this experience to better himself and make positive contributions to society.

Thank you for your time and consideration in reading this letter and for allowing me the chance to share a bit about my brother from my perspective.

Very truly yours,

Shawnee Palmer