October 27, 2025

Dear Judge Pitlyk,

My name is Crishana Scott and I am Terron Brown's older sister. At the time that Terron was born I was 7 years old and therefore have had the privilege of watching him grow from a curious young boy into an intelligent, thoughtful and resilient young man. I always wanted to be a big sister and Terron immediately became my pride and joy. I grew an overwhelming attachment to him; making sure that he always felt loved and protected.

From an early age, Terron consistently excelled academically, being rewarded with numerous accolades and always being recognized for his achievements in school. He was co-parented in two loving households, but lived primarily with his father, who was a veteran, schoolteacher and sports coach. His father was a strong man and helped instill a level of discipline and tenacity in him at a very young age and Terron always emulated those behaviors by being loving and respectful to everyone around him. He was a cheerful and energetic kid, and you could feel that energy transfer everywhere he went; He always gained friends easily and became very popular in school because of it.

When Terron was 11 years old he abruptly lost his father to a battle with cancer, and this deeply affected him and sort of shifted his outlook on life. The dynamic he once knew was quickly changed. He was thrust into living a life without one of the people that meant the most to him. The one person in this world that he admired the most was suddenly gone and being so young it was very difficult for him to process. Despite this tremendous loss, Terron took it upon himself to ask our mother if he could start seeing a therapist. I believe that during that period he was able to learn how to process his grief and emotions in a healthier way-something that actually inspired me to learn to do the same. However, the emotional impact of losing his father stuck with him, and I believe it may have contributed to some of the choices that he made later in life.

Recently my brother was incarcerated for a serious crime, which I am not proud of at all. While I do not condone his actions, I believe losing his father left him feeling a sense of responsibility to take care of himself and his family, although he was not pressured in any way to do so.

During the year that he has spent in jail I firmly believe that he has had time to assess the impact of his behaviors and understand how it has negatively impacted the victims and his family. I have a young son, his nephew, who he has helped raise and who truly adores and admires him, and through his absence in his life, he is now feeling that the consequences of his actions not only affect him but those coming after him.

Throughout the conversations we've had, he has shown a great deal of growth in such a short time. He has began reading again and reconnecting with his faith, which has helped him take accountability for his wrongdoings and develop a new outlook on his purpose in life.

I truly believe that he has realized his mistakes and once released he will be determined to do better. He has mentioned the idea of mentoring other young men, with his goal being to use his own experiences to show that there are other paths for young men to take.

Your Honor, I humbly ask that you consider the progress in personal growth that he has made thus far, and the potential that he has for rehabilitation. I have full faith that upon his release, Terron will follow your instructions carefully, continue to make positive contributions to both his community and family and live up to the values that he learned growing up.

Thank you for taking the time out to read my letter and considering my words on behalf of my brother.

Sincerely,

Crishana Scott