Dear: judges pitlyk                                              10/29/2025

 My name is M████ H█████, I am 16 years old and the niece of Terron Brown. My occupation is i paint/draw, photography and i work at Panera bread. I have had the privilege of knowing my uncle my whole life. Throughout this time I've come to know him as dedicated and compassionate to his family and friends. My uncle has always been ready to offer his support and kindness he is known for his strong mindedness, honesty and intelligence. These qualities extend beyond just family, but always a reliable and supportive person that someone can always count one.



Sincerely- M████ H█████