October 7th 2025

Dear Judge Pitlyk,

My name is Tressa Willingham, and I am writing this letter on behalf of my close friend, Mr. Terron Brown, whom I have known personally since 2019. I have had the privilege of knowing Terron for several years, and during that time, I have come to regard him as a dependable, thoughtful, and compassionate individual who has always displayed a genuine care for others.

Terron and I met during high school, and from the beginning, he stood out for his patience and willingness to help those around him. I recall a time when I was truly struggling in math, a subject that often left me discouraged and frustrated. Terron, without hesitation, took it upon himself to help me study. He never made me feel embarrassed or incapable, and that simple act of kindness left a lasting impression on me. It was one of the first moments I realized how selfless and supportive he truly is.

Over the years, those same qualities have only become more evident. Terron has always been someone people can rely on whether it's friends, family, or peers. He listens, offers encouragement, and goes out of his way to help others find their confidence and purpose. In times when I, or others close to him, have faced personal challenges, Terron has consistently been a source of comfort and positivity. His ability to remain calm and encouraging, even through his own struggles, speaks volumes about his character and resilience.

I am fully aware of the seriousness of the circumstances that bring Terron before the court today. I want to make it clear that I do not condone or excuse any actions that have led to his current legal situation. However, I can confidently say that the behavior associated with this case is not representative of the person I have come to know over the past six years. The Terron I know is responsible, respectful, and grounded in values that reflect integrity and kindness. I truly believe that this experience has been a moment of deep reflection for him and that he recognizes the importance of making better choices moving forward.

Terron's absence would not only affect those closest to him emotionally, but it would also remove a positive influence from his community. He is someone who people naturally look to for guidance and support. He has the potential to continue bettering himself and using his experiences to uplift others, especially younger individuals who may face similar crossroads. I sincerely believe that allowing Terron the opportunity to rebuild his life within the community, rather than through extended incarceration, would lead to far more constructive and lasting change.

If granted leniency, I am confident that Terron will take full advantage of any programs, community service, or rehabilitation efforts required of him. He has a strong support system of family and friends, who are ready and willing to help him stay focused, accountable, and on a positive path. I believe Terron's story is far from over, and with guidance and continued support, he can and will make the most of a second chance.

Your Honor, I respectfully ask that you consider Terron's long-standing character, his positive influence on others, and his genuine remorse when determining his sentence. I truly believe that leniency in this case would not only benefit Terron but also allow him to continue being a source of good in the lives of those around him.

Thank you for taking the time to read this letter and consider my perspective.

Sincerely,

Tressa Willingham