October 10, 2025

Dear Judge Pitlyk,

My name is DeMarcus Bond Jr, and I am a teacher and youth basketball coach, recently beginning my career with youth development. I have spent the last 5 years in Illinois achieving my Bachelor of Science degree and living out my dream as a college basketball player. I am writing to provide a character reference for Mr. Terron Brown, whom I've known since 2016. Whether it was on the basketball court, in the classroom, or just in each other's homes, I have consistently engaged with an individual who I deem as a brother from another mother.

Our first meeting with each other, most would have thought we already knew each other. It first started at orientation, our freshman year of high school. Right away we clicked and started building a bond that is everlasting. Being enrolled in the most prestigious high school in the Saint Louis area, Saint Louis University High School, Terron had to be considered as one of the smartest kids in the area. He was always determined to be one of the brightest students in the classroom. His commitment to his studies was truly admirable.

As I came to know Terron over the years, he has become like a brother to me. He has always been a man who showed unconditional love to his family and friends, especially his Mother and Sister. A man who stands on the principles of family first and loyalty.

Although we've grown apart over the past five years because I attended college, the love was still present when we reunited. The energy was always different when we were with each other because we both knew that we were always going to get the best out of each other. I think back to all the conversations we had as teenagers and still as young adults, on how we can become better men and how we can progress in the business industry. I think back to the times we were young kids on the basketball court trying to live out our dreams.

Your Honor, I humbly ask you for compassion and discernment as you consider Terron's future. I believe with all my heart that he can use this chapter as the beginning of his true transformation—a man who will continue to serve his family, his friends, and God. I pray that this moment is not the end of Terron's story, but a turning point toward a more purposeful and honorable life.

Thank you for considering my letter.

With deepest respect,

**DeMarcus Bond Jr**