Hillis Willis Jr
1700 Tyson Dr.
Florissant, MO. 63031

November 18, 2025

**Dear Judge Pitlyk,**

I am delighted to provide this character letter for Mr. Terron Brown, whom I have known and watch grow up from a little child. Terron has always shown the desire to do well and excel in sports as well as education. His family means the world to him.

Terron had the privilege of being raised by both parents so that equipped him with life skills that will carry him a long way. We have all faced devastating situations that may alter our stability and position in life. Terron was an A student prior to, and during high school years, which earned him a scholarship to St. Louis University High School.

Right before high school his dad passed away. He still did well afterwards, and earned a scholarship to SIU-Edwardsville. Unfortunately, because of the pandemic that did not work out. His mother has always been there for him with positive and motivational energy. I am aware of what he is facing and think that he would be better utilized as a productive citizen than where he is now. I have talked to him on numerous occasions, and he clearly accepts responsibility for his actions and understands that he must choose the right path going forward. He is still young and if given the opportunity, he can go back to school and be a positive and productive vessel for himself, his family , and his community.

Sincerely,

**Hillis Willis Jr**
**Department of Veterans Affairs**
**Inventory Management Specialist**
**AA, BA, MBA**
**915 N. Grand Blvd**
**St. Louis, Mo. 63106**
**(314) 448-9566**

