October 2, 2025,

To Judge Pitlyk,

I'm Jason Randle, Senior Architectural Designer, and a friend of Terron Brown's, sister Briana Carey.  I've known Terron for about ten years. Terron has always been an inquisitive young man with a variety of interest from sports, video games, technology, and a love for music.  Meeting his wonderful mother, Rosa Johnson, I could tell he was loved and raised to respect his elders and family.

Both his sisters have strong opinions, so it was surprising to see how subdued Terron's personality is.  Terron is one of the smartest, intelligent, and well-read young men that I've been around. It was sometimes funny to see his sisters get upset about something and Terron maintains his peaceful attitude.

Terron was a very responsible teenager, often watching his nephew and niece while sisters were working or running errands, feeding and entertaining them until their mothers returned.

I ran into Terron once at Cardinal Ritter College Preportory High School during a Career Day presentation I was there to give.  I could tell he was very popular in school and possessed strong leadership qualities.  In this microwave mentality (quick fast) of some children today, Terron was different, I would see him reading books outside of school. Terron paid attention to the details, which are important qualities in Engineering or my line of work, Architecture.  One of the joys I had as a parent of two boys, and two girls, was taking them to visit colleges.  I spoke with Terron about this, and he seemed very excited about the opportunity.  Education is very important in our community and sometimes all we need to succeed is someone to believe in us. Please, please believe in this young man, I'm sure he has learned his lesson and would never again think about repeating the actions that put him in this situation.

Yours truly

Jason Randle