UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23CR00624 SEP |
| | ) | |
| TERRON T. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED MOTION OF THE UNITED STATES
FOR A PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Jonathan A. Clow, Assistant United States Attorney for said District, and moves this Court to issue an Amended Preliminary Order of Forfeiture in the above-captioned case.  In support thereof, the United States sets forth the following:

1.    On August 22, 2025, Defendant Terron Brown pled guilty to the offenses of Conspiracy to Commit Bank Fraud, in violation of Title 18, United States Code, Section 1349, and Bank Fraud, in violation of Title 18, United States Code, Section 1344, and also agreed, in writing in the Guilty Plea Agreement, to the forfeiture of certain property under the applicable statues, which includes any property constituting, or derived from, proceeds obtained, directly or indirectly, from such offenses, pursuant to Title 18, United States Code, Section 982(a)(2).  Doc. 250 at 2.

2.    Defendant also agreed to the entry of a forfeiture money judgment against Defendant and in favor of the United States in the amount of $29,562.97, which represents the value of the property, real or personal, which constitutes or is derived from proceeds traceable to Defendant's offense.  This amount was based on the minimum amount of funds Defendant and his co-conspirators obtained from the deposit of fraudulent checks during the offense.  *See* Doc. 250 at 6.

3.    On September 19, 2025, with Defendant's consent, the Court granted the United States' Motion for a Preliminary Order of Forfeiture and entered a forfeiture money judgment against Defendant and in favor of the United States in the sum of $29,562.97.  Doc. 274.

4.    Following the entry of the Preliminary Order of Forfeiture, the United States identified additional fraudulent check deposits from which Defendant and his co-conspirators successfully obtained funds and determined that the value of property constituting or derived from proceeds traceable to Defendant's offense was, in fact, $51,932.74.  *See* Doc. 285 (PSR) at 53.  As such, the correct amount of forfeiture money judgment to which the United States is entitled is $51,932.74.

5.    Undersigned counsel has contacted counsel for Defendant and explained the need for this Amended Motion, and as of the filing of this Motion, has not heard back regarding Defendant's position.

6.    At of the time of this Motion, the United States has not identified any other specific property subject to forfeiture, nor has it identified any property warranting forfeiture as a substitute asset pursuant to Title 21, United States Code, Section 853(p).

7.      Rule 32.2(b)(2)(C) of the Federal Rules of Criminal Procedure provides that if the Court cannot identify specific property subject to forfeiture, it may enter a forfeiture order describing the property to be forfeited in general terms and stating that the order will be amended under Rule 32.2(e) when additional specific property is identified.

8.      Because the United States does not seek to forfeit any specific property at this time, notice to third parties is not required under Rule 32.2(b)(6)(A).  In addition, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

9.      Pursuant to Rule 32.2(b)(4)(A) and Defendant's Guilty Plea Agreement, the Preliminary Order of Forfeiture becomes final as to Defendant upon entry.

10.     Pursuant to Rule 32.2(b)(4)(B), the Court must include the forfeiture when orally announcing the sentence or must otherwise ensure Defendant knows of the forfeiture at sentencing. The Court must also include the forfeiture order, directly or by reference, in the judgment, but the Court's failure to do so may be corrected at any time under Rule 36.

WHEREFORE, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the United States moves this Court to enter a Preliminary Order of Forfeiture forfeiting any property, real or personal, which constitutes or is derived from proceeds traceable to Defendant's offense, and that includes a forfeiture money judgment against Defendant and in favor of the United States in the amount of $51,932.74.  Pursuant to Rule 32.2(b)(3), the United States also requests authority to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions,

3

interrogatories, subpoenas, and requests for production.  The United States submits herewith its proposed Preliminary Order of Forfeiture.

Dated: December 1, 2025

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Jonathan A. Clow*
JONATHAN A. CLOW, #68803(MO)
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:     (314) 539-2200
*Jonathan.Clow@usdoj.gov*