UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:23CR00624 SEP |
| TERRON T. BROWN, | ) ) ) |
| Defendant. | ) ) |

## AMENDED PRELIMINARY ORDER OF FORFEITURE

WHEREAS, Defendant Terron T. Brown has pled guilty to Counts 1 and 2 of the Indictment charging the offenses of Conspiracy to Commit Bank Fraud, in violation of Title 18, United States Code, Section 1349, and Bank Fraud, in violation of Title 18, United States Code, Section 1344;

WHEREAS, the Indictment also alleged the forfeiture any property, real or personal, which constitutes or is derived from proceeds traceable the offenses alleged in Counts 1 and 2;

WHEREAS, in the written Guilty Plea Agreement, Defendant agreed to the forfeiture of all property under the applicable statutes and the entry of a forfeiture money judgment;

WHEREAS, because the Government has not identified specific property warranting forfeiture at this time, the Court may enter a Preliminary Order of Forfeiture describing the property to be forfeited in general terms pursuant to Federal Rule of Criminal Procedure 32.2(b)(2)(C);

AND WHEREAS, pursuant to Rules 32.2(b)(6) and (c)(1), to the extent that the Preliminary Order of Forfeiture consists of a forfeiture money judgment and does not identify specific property to be forfeited, neither notice to third parties nor an ancillary proceeding is required;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That the following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 982(a)(2): any property constituting, or derived from, proceeds obtained, directly or indirectly, from the offenses of Conspiracy to Commit Bank Fraud or Bank Fraud.

2. That a forfeiture money judgment is entered against Defendant and in favor of the United States in the sum of $51,932.74, and that Defendant is directed to pay that amount.

3. That pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is hereby authorized to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production.

4. That this Order will be amended under Federal Rule of Criminal Procedure 32.2(e) in the event that specific property warranting forfeiture is identified.

5. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and Defendant's consent, this Order is now final as to Defendant, and shall be made part of the sentence and included in the judgment.

6. That this Court shall retain jurisdiction for the purpose of enforcing this Order and permitting amendments hereto as set forth in Federal Rule of Criminal Procedure 32.2.

    The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

    So ordered this \_\_\_\_\_ day of _____, 2025.

                                           _____
                                           HONORABLE SARAH E. PITLYK
                                           UNITED STATES DISTRICT JUDGE